BJØRN ERIK HAAPANIEMI
#22106-508, FCI LA TUNA
PO BOX 3000, ANTHONY, NM 88021-9897




JUN 09 2022
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE DISTRICT COURT FOR THE UNITED STATES
DISTRICT OF ALASKA

| | |
|---|---|
| BJØRN ERIK HAAPANIEMI<br>PLAINTIFF<br>Vs<br>~~ANCHORAGE DAILY NEWS~~<br>AND<br>Michelle THEIRAULT-BOOTS<br>DEFENDANTS | CASE NO. 3:22-CV-00143-SLG<br>JUDGE<br>COMPLAINT - (INITIAL)<br>LIBEL AND SLANDER IN RE: NEWS ARTICLES ON PLAINTIFF |

COMPLAINT — DAMAGES SOUGHT - $5,000,000 + RETRACTION

ON OR ABOUT 19 MARCH, 2021, MICHELLE THEIRAULT-BOOTS, A REPORTER FOR ANCHORAGE DAILY NEWS, PUBLISHED AN ARTICLE IN REGARD TO PLAINTIFF UPON HIS CONVICTION IN A FEDERAL CASE, OF MAKING A "THREAT TO A FORMER OCS/NOW DOC WORKER. ①° MS. THEIRAULT-BOOTS WROTE THE ARTICLE PURPOSELY IN A SLANDEROUS MANNER, ACTING ON A WILDLY EXAGGERATED DOJ STATEMENT (ERRONEOUS IN ITSELF). MS THEIRAULT-BOOTS PUBLISHED THAT PLAINTIFF HAD AN ISSUE IN ~~AK~~ ALASKA, ALLUDING TO A CONVICTION, INVOLVING "SEXUAL ABUSE" OF HIS 3 YOUNGEST CHILDREN, IN 3 (DISMISSED) ALASKA CINA CASES. HAD MS. THEIRAULT-BOOTS INVESTIGATED THAT STATEMENT WITH COURT, BEFORE WRITING ARTICLE TO APPEAR AS IF PLAINTIFF HAD BEEN CONVICTED OF "CHILD SEXUAL ABUSE" ON HIS CHILDREN IN ALASKA, SHE WOULD HAVE FOUND THAT, INDEED, OCS DID OPEN AN ABUSE CINA CASE ON PLAINTIFF AND ON CHILDRENS MOTHER, IN CASES 3AN-08-00286/7/8, WHICH CAUSED PLAINTIFF TO BE THROWN OUT OF HIS OWN HOME UNDER ACCUSATIONS, BUT PURPOSELY LEAVING OUT THAT THE 3 CHILD SEXUAL ABUSE CASES WERE FULLY DISMISSED AFTER MEDICAL TESTING SHOWED NO ABUSE, AND ALL 3 CASES DISMISSED. SHE ALSO MISREPRESENTED AN ARIZONA CONVICTION. THESE INTENTIONAL MISREPRESENTATIONS ARE OUTRIGHT, DELIBERATE, MALICIOUS LIBEL AND SLANDER - DEFENDANT HAS NEVER BEEN CONVICTED OF ANY CHILD CRIME IN THE STATE OF ALASKA, AND NO "ABUSE" ②° CHARGES IN ARIZONA, AS SHE INDICATED. THIS BLATANT SLANDER HAS PERMANENTLY RUINED PLAINTIFF. HE SEEKS DAMAGES.

CERTIFICATE OF SERVICE
I CERTIFY A COPY OF THIS DOCUMENT SENT VIA US MAIL ON 6 JUN 2022 TO: AK US DIST COURT.

BJORN HAAPANIEMI

① THERE IS A CASE ON AN ATTORNEY OFFICE FOR AN ATTY'S SECRETARY ATTACKING SAFE OCS WORKER FOR TAKING HER CHILD - IN AK STATE COURT (PLAINTIFF BLAMED BY FEDS, THOUGH ... ) - KNEW FACTS - SEE AK CASE 3AN-22-04040 CI. HAAPANIEMI V. PRINDLE

② PLAINTIFF CHARGED/CONVICTED OF AZ STATUTE 13-1404 "CONDUCT OF A 17 YR OLD" "CONSENSUAL" NOT 1405, "ABUSE", A DANGEROUS CRIME. (1404 ON A 17 YR OLD "NON DANGEROUS" IN AZ. PLAINTIFF HAS NEVER IN LIFE BEEN CONVICTED OF "ABUSE".

IN-CLUDED DOCUMENTS:

1) NAME CHANGE CERTIFICATE - PLAINTIFF HAD TO CHANGE NAME AFTER BEING MIXED UP, AS 'PETER LEE NORRIS' IN ARIZONA PRISON, WITH 'PETER (JAY) NORRIS', ALSO IN AZ PRISON (SEE: STATE VS NORRIS, 2012 ARIZ. APP. UNPUB. LEXIS 723 (NOT DEFENDANT), AFTER ARIZONA DOC LISTED PLAINTIFF WITH PETER JAY NORRIS 10 CHILD MOLESTATION CH[illegible]. (ALTHOUGH DEFENDANTS KNEW, THEY LISTED THOSE ANYHOW.

(2) COPY OF LETTER SENT BY PLAINTIFFS ATTY. CAVANAGH TO PLAINTIFFS EX WIFE, TO CORRECT LIES OCS WORKER TOLD, THAT HE HAD NEVER BEEN CONVICTED OF CRIMES ON HIS CHILDREN IN AZ, DID NOT 'LOSE' HIS CHILDREN, HE VOLUNTARILY SIGNED, NEVER CONVICTED OF INCEST, AND PRESENCE OF OTHER 'PETE' NORRIS. THOUGH ATTY 'NEGLECTED' TO SEND LETTER, HE DID WRITE IT. [illegible] [illegible] WAS FURNISHED [illegible] & REFUSED TO CORRECT, AND EVEN ADDED MORE TO THEM. ALL [illegible].

(3) TESTIMONY FROM [illegible] OF [illegible] [illegible] THAT IN ORDER TO CONVICT PLAINTIFF IN AZ TO BEGIN WITH; THEY DRUGGED HIM - AND THREW HIS CHILDRENS FILES IN AZ CASE. CHILDREN NOT IN TO MAKE IT APPEAR HE HAD CHILD CASES. CHILDREN NOT (IN) AZ CASE. AGAIN, [illegible] GIVEN THIS TO CORRECT & REFUSED TO. IT WAS JANE OCS WORKER WHO PUT CHILDREN FILES IN AZ CASE THAT IS DESCRIBED IN MR CAVANAGH'S LETTER (#2), AND IN PLAINTIFFS [illegible] CASE ON JANE OCS WORKER. (SEE 3:[illegible] [illegible] [illegible])



BJØRN ERIK HAAPANIEMI 22106 JOF
FEDERAL Correctional Institution LA-TUNA
P.O BOX 3000, ANTHONY, NM 88021-9897
EL PASO TX 798
RIO GRANDE DISTRICT
6 JUN 2022 PM 2 L
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
ATTN: CIVIL COURT CLERK - (INITIAL FILING)
222 W. 7th AVENUE, #4
ANCHORAGE, ALASKA 99513-7564
MAILED (8) JUNE, 2022
INITIAL FILING
HAAPANIEMI VS ADN AND
MICHELLE THERIAULT-BOOTS
CIVIL DIVISION
99513-750404